UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA *ex rel.* Ann Schweiger,
STATE OF NEW YORK *ex rel.* Ann Schweiger, and
ANN SCHWEIGER, Individually,

                Plaintiffs,

                17 Civ. 0900 (PAE)

      v.                **UNSEALING ORDER**

VISITING NURSE SERVICE OF NEW YORK,
VISITING NURSE SERVICE OF NEW YORK
COMMUNITY HEALTH SERVICES, and
VISITING NURSE SERVICE OF NEW YORK
HOME CARE,
                Defendants.
-----------------------------------------------------------------x

      WHEREAS, by notice dated June 17, 2024, and pursuant to the New York False Claims Act, N.Y. State Fin. Law § 190(2)(b), the State of New York ("State") intervened in the above-captioned action with respect to claims asserted against defendants Visiting Nurse Service of New York d/b/a VNS Health, Visiting Nurse Service of New York Home Care II d/b/a Visiting Nurse Service of New York Home Care, and VNS Behavioral Health, Inc.

      IT IS HEREBY ORDERED that:

      1.     The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

      2.     All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public except as provided for in Paragraph 3 below.

3.  The seal shall be lifted as to the State's Notice of Partial Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the State, the Relator, and VNS; and relator's Complaint.

DATED:  New York, New York
        June 25, 2024

SO ORDERED:

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE