UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA *ex rel.* Ann Schweiger, :
STATE OF NEW YORK *ex rel.* Ann Schweiger, and :
ANN SCHWEIGER, Individually, :
                                   :
                Plaintiffs, :
                                   :
                     v. :
                                   :
VISITING NURSE SERVICE OF NEW YORK, :
VISITING NURSE SERVICE OF NEW YORK :
COMMUNITY HEALTH SERVICES, and :
VISITING NURSE SERVICE OF NEW YORK :
HOME CARE, :
                Defendants. :      17 Civ. 0900 (PAE)
------------------------------------------------------------------x
UNITED STATES OF AMERICA, :
                                   :      **UNSEALING ORDER**
                Plaintiff-Intervenor, :
                                   :
                     v. :
                                   :
VISITING NURSE SERVICE OF NEW YORK :
d/b/a VNS HEALTH, VISITING NURSE SERVICE :
OF NEW YORK HOME CARE II d/b/a VISITING :
NURSE SERVICE OF NEW YORK HOME CARE, :
and VNS HEALTH BEHAVIORAL HEALTH, INC. :
                Defendants. :
------------------------------------------------------------------x

       WHEREAS, by notice dated June 17, 2024, and pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America (the "Government") intervened in the above-captioned *qui tam* action with respect to claims asserted against defendants Visiting Nurse Service of New York d/b/a VNS Health, Visiting Nurse Service of New York Home Care II d/b/a Visiting Nurse Service of New York Home Care, and VNS Health Behavioral Health, Inc.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public except to the extent the Court permitted limited disclosures in its prior Order dated October 13, 2021, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the Government's Notice of Election to Intervene; the Government's Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the Government, the relator, Visiting Nurse Service of New York d/b/a VNS Health, Visiting Nurse Service of New York Home Care II d/b/a Visiting Nurse Service of New York Home Care, and VNS Behavioral Health, Inc.; the Stipulation and Order of Settlement and Release Between the Government and the relator; and relator's Complaint.

Date: New York, New York
      June 24, 2024

SO ORDERED:

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE